IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE SHALES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 13 C 1403 |
| | ) | |
| CLEARPATH CONSTRUCTION, INC., | ) | JUDGE ELAINE E. BUCKLO |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, CLEARPATH CONSTRUCTION, INC., an Illinois corporation, in the total amount of $20,531.62, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,057.75.

On April 9, 2013, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Illinois Secretary of State because the corporation's registered agent could not, with reasonable diligence, be found at the registered office of record in Illinois) (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State) is attached hereto). Therefore, Defendant's answer was due on April 30, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 25th day of June 2013:

    Mr. James J. Riebandt, Registered Agent
    Clearpath Construction, Inc.
    DiMonte & Lizak, LLC
    216 West Higgins Road
    Park Ridge, IL  60068-5736

    Jesse White
    Secretary of State
    Department of Business Services
    Attn: File #6287-248-9
    Springfield, IL  62756

    Clearpath Construction, Inc.
    118200 Everglades Road
    Huntley, IL  60142

        /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Clearpath Construction\motion.cmc.df.wpd